**Cutaia, Joseph V.**

| | |
|---|---|
| **From:** | Cutaia, Joseph V. |
| **Sent:** | Monday, November 23, 2015 1:09 PM |
| **To:** | 'Jillian Sidoti' |
| **Cc:** | Maj, Donald; Petrofsky, John; Alberts, Linda C.; Older Issue Request/DTCC; Adeniyi, Gabriel O.; Silvester, John A. |
| **Subject:** | RE: Final Opinion DTC comments for Blake Insomnia Therapeutics, Inc. - CUSIP 093152106 - Older Issue Eligibility Opinion Request |
| **Attachments:** | DTC Letter 11172015.pdf |
| **Importance:** | High |

The attached legal opinion is acceptable.

Please send an original hard copy of the opinion by overnight mail to John Silvester at the following address:

The Depository Trust Company
Underwriting Department/Corporate Eligibility
570 Washington  Blvd
Jersey City, N.J. 07310
Attn: John Silvester
jsilvester@dtcc.com
Direct: (212) 855-3316

Thank you,

Joe

..................................................................
Joseph V. Cutaia
General Counsel's Office
DTCC Jersey City
jcutaia@dtcc.com
Direct: 212-855-1329



  

DTCC Confidential (Yellow)

Visit us at www.dtcc.com or follow us on Twitter @The_DTCC_ and on LinkedIn.
To learn about career opportunities at DTCC, please visit dtcc.com/careers.

**From:** Jillian Sidoti [mailto:jillian@syndicationlawyers.com]
**Sent:** Monday, November 23, 2015 12:50 PM
**To:** Cutaia, Joseph V.
**Cc:** Maj, Donald; Petrofsky, John; Alberts, Linda C.; Older Issue Request/DTCC

1

**Subject:** Re: Draft Opinion DTC comments for Blake Insomnia Therapeutics, Inc. - CUSIP 093152106 - Older Issue Eligibility Opinion Request

Please see the attached PDF copy. I will forward the original with a wet ink signature. Please advise.

On Mon, Nov 23, 2015 at 9:37 AM, Cutaia, Joseph V. <jcutaia@dtcc.com> wrote:

I had not received this draft previously. It is acceptable.

Please send an ink signed PDF copy of the legal opinion for final approval.

I will then give delivery instructions as to where the original hard copy is to be sent.

Thank you,

Joe

---

Joseph V. Cutaia

General Counsel's Office

DTCC Jersey City

jcutaia@dtcc.com

Direct: 212-855-1329



  

SEC-DTCC-E-0000352

DTCC Confidential (Yellow)

Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.

To learn about career opportunities at DTCC, please visit dtcc.com/careers.

**From:** Jillian Sidoti [mailto:jillian@syndicationlawyers.com]
**Sent:** Monday, November 23, 2015 12:10 PM
**To:** Cutaia, Joseph V.
**Cc:** Maj, Donald; Petrofsky, John; Alberts, Linda C.; Older Issue Request/DTCC
**Subject:** Re: Draft Opinion DTC comments for Blake Insomnia Therapeutics, Inc. - CUSIP 093152106 - Older Issue Eligibility Opinion Request

Hi Joe,

I am resending this letter. I fear you didn't get it because I noticed an warning note in my email as if it didn't get sent when I went to follow up this morning. If you are receiving this in duplicate, I apologize.

Please let me know if you need anything further. Have a wonderful Thanksgiving.

Jillian

On Tue, Nov 17, 2015 at 10:52 AM, Cutaia, Joseph V. <jcutaia@dtcc.com> wrote:

The share amount is not correct. As per Exhibit A, as of the 31,597,572 outstanding shares, 21,000,000 shares are restricted. How many shares were registered under the referenced S-1 filing? Please use the template form of Exhibit A or remove the reference to Exhibit A and change the language to an up to amount of shares.

Best regards,

Joe

SEC-DTCC-E-0000353

Joseph V. Cutaia

General Counsel's Office

DTCC Jersey City

jcutaia@dtcc.com

Direct: 212-855-1329

DTCC Confidential (Yellow)

Visit us at www.dtcc.com or follow us on Twitter @The_DTCC_ and on LinkedIn.

To learn about career opportunities at DTCC, please visit dtcc.com/careers.

**From:** Jillian Sidoti [mailto:jillian@syndicationlawyers.com]
**Sent:** Tuesday, November 17, 2015 1:35 PM
**To:** Cutaia, Joseph V.
**Subject:** Re: Blake Insomnia Therapeutics, Inc. - CUSIP 093152106 - Older Issue Eligibility Opinion Request

Mr. Cutaia,

Please see attached. Thanks for your time.

Sincerely,

4

Jillian Sidoti

On Mon, Nov 16, 2015 at 12:44 PM, Cutaia, Joseph V. <jcutaia@dtcc.com> wrote:

Time sensitive. Please forward to the appropriate parties immediately.

In connection with the evaluation of DTC eligibility for CUSIP No. 093152106, a legal opinion of outside counsel to the issuer is required.

The legal opinion must be rendered by an independent attorney admitted to practice in the U.S. and in good standing with the Bar of the jurisdiction in which the attorney is licensed. <u>Please note that an opinion is not acceptable from an attorney who has a direct or indirect interest in the issuer by means of share ownership or otherwise.</u> **DTC reserves the right to approve counsel upon whose opinion DTC is asked to rely.**

Please have opining counsel send a draft opinion for review in Word format to jcutaia@dtcc.com with copies to dmaj@dtcc.com.

For your convenience, attached to this e-mail is a template form of opinion to be adapted to the details of the issue, as applicable. Staff of the General Counsel's Office will review the opinion and may provide comments or advise if the draft opinion is acceptable. Following any such discussions, DTC will expect a signed opinion to be promptly submitted in PDF format, followed by delivery of the hard copy original as further instructed at that time.

Thank you.

---

Joseph V. Cutaia

General Counsel's Office

DTCC Jersey City

jcutaia@dtcc.com

Direct: 212-855-1329


  

DTCC Confidential (Yellow)

*Visit us at www.dtcc.com or follow us on Twitter @The_DTCC and on LinkedIn.*

*To learn about career opportunities at DTCC, please visit dtcc.com/careers.*

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

--

Jillian Ivey Sidoti

Partner

Trowbridge Taylor Sidoti, LLP

(323) 799-1342

(213) 840-4656

jillian@syndicationlawyers.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

--

Jillian Ivey Sidoti

Partner

Trowbridge Taylor Sidoti, LLP

(323) 799-1342

(213) 840-4656

jillian@syndicationlawyers.com

CONFIDENTIALITY NOTICE. This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

--
Jillian Ivey Sidoti
Partner
Trowbridge Taylor Sidoti, LLP
(323) 799-1342
(213) 840-4656
jillian@syndicationlawyers.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**SyndicationLawyers.com**

**TROWBRIDGE TAYLOR & SIDOTI LLP**

November 17, 2015

The Depository Trust Company
55 Water Street
New York, NY 10041
Attention: Underwriting Department

> RE: **Blake Insomnia Therapeutics, Inc., Common Stock, CUSIP Number: 093152106**

Ladies and Gentlemen:

We have acted as securities counsel to Blake Insomnia Therapeutics, Inc. a corporation duly organized and existing under the laws of Nevada (the "Company"), formerly known as Book it Local, Inc. in connection with the deposit at The Depository Trust Company ("DTC") of up to 10,597,572 shares of Common Stock with a par value of $.0001 per share of the Company held by the holders (the "Holders"), and represented by the certificates (the "Certificates"), to be registered in the name of the nominee of DTC, Cede & Co. (the "Subject Securities"). We are providing this opinion at the request of the Company to support a determination by DTC that the Subject Securities are eligible for DTC book-entry delivery, settlement and depository services as of the date hereof.

In connection with this opinion, we have examined and relied upon originals or copies, certified or otherwise identified to our satisfaction, of the following:
  i. the Certificates registered in the name of the Holders representing the Subject Securities and
  ii. the orders and instructions of the Company for the issuance and delivery of the Certificates and the Subject Securities.

We have also examined originals or copies, certified or otherwise identified to our satisfaction, of such records of the Company and such agreements, certificates of public officials, certificates of officers or other representatives of the Company and others, and such other statements, documents, certificates and corporate or other records as we have deemed necessary or appropriate as a basis for the opinion set forth herein.

We have assumed the authenticity of all documents submitted to us as originals, the genuineness of all signatures, the legal capacity of natural persons and the conformity to the originals of all documents submitted to us as copies. We have also assumed that all documents that we have examined, and that parties other than the

38730 Sky Canyon Dr. Suite A, Murrieta CA 92563

CONFIDENTIAL TREATMENT REQUESTED BY DTCC

SEC-DTCC-E-0000359

## SyndicationLawyers.com
### TROWBRIDGE TAYLOR & SIDOTI LLP

Company have executed, have been duly and validly authorized, executed and delivered by, and are legally valid and binding on and enforceable against, each of such parties, and that such parties have obtained all required consents, permits and approvals.

The Subject Securities were originally issued and sold under an effective S-1 registration statement filed on September 19, 2012 with the Securities and Exchange Commission (the "Commission") under the Securities Act of 1933, as amended (the "Securities Act"), File No. 333-183983 by the Company under its former name, Book it Local, Inc. which the Commission declared effective on June 6, 2013.

Based on the foregoing, we are of the opinion that: (a) the Subject Securities are not "restricted securities" as defined in Rule 144(a)(3) under the Securities Act, and (b) the Subject Securities are freely transferable without registration under the Securities Act by a holder which is not an "affiliate" of the Company as defined in Rule 144(a)(1) under the Securities Act and has not been an "affiliate" within 90 days of such transfer.

We are furnishing this opinion to you solely for your benefit and this opinion is not to be used, circulated, quoted or otherwise referred to for any other purpose without our prior written approval in each instance, except that you may deliver copies of this opinion to your professional advisors, to any governmental agency or regulatory authority or if otherwise required by law.

Sincerely,

Julian Sidoti
Attorney