9/3/2018 — Law Office of Jillian Sidoti Mail - BKIT

000764
Jillian Sidoti
Case B-03147

# Gmail

**EXHIBIT SEC Ex. 3**

Jillian Sidoti <jillian@jilliansidoti.com>

## BKIT
23 messages

---

**Bill Burton** <wiburton1@gmail.com>  
To: Jillian Sidoti <jillian@jilliansidoti.com>  
Cc: leightondean@gmail.com

Wed, Dec 4, 2013 at 11:29 AM

Leighton is asking if you can send the escrow agreement, proposed SPA, any other documents/agreements and wire details for the account funds will be deposited for BKIT.

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]  
**Sent:** Wednesday, December 04, 2013 12:23 PM  
**To:** Bill Burton  
**Subject:** Re: THEE

I don't care who gets the TA business.

On Wed, Dec 4, 2013 at 11:22 AM, Bill Burton <wiburton1@gmail.com> wrote:

I do have a T/A that might pay for DTC for BKIT if they get the T/A business...

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]  
**Sent:** Wednesday, December 04, 2013 12:03 PM  
**To:** Bill Burton  
**Subject:** Re: THEE

It's always been that. The current offer was brought to me.

Personally, however, I do need compensation if I am going to do the DTC eligibility. I am not make much off the sale. So please work that in to the deal.

On Wed, Dec 4, 2013 at 10:40 AM, Bill Burton <wiburton1@gmail.com> wrote:

Net Price is now 212,500?



**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 04, 2013 11:39 AM
**To:** Bill Burton
**Subject:** Re: THEE

Sure - if they can escrow IN THE US ONLY. Those are my conditions. I will assist with DTC.

On Wed, Dec 4, 2013 at 10:33 AM, Bill Burton <wiburton1@gmail.com> wrote:

Sorry, I meant BKIT! Does that sound acceptable?

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 04, 2013 10:53 AM
**To:** Bill Burton
**Subject:** Re: THEE

THEE is gone, but I have BKIT

On Wed, Dec 4, 2013 at 9:34 AM, Bill Burton <wiburton1@gmail.com> wrote:

Another group wants to make an offer on THEE — but they want it to get DTC'd prior to closing, with a hard deposit. Would that work? -Bill

---

**Jillian Sidoti** <jillian@jilliansidoti.com>   Wed, Dec 4, 2013 at 11:31 AM
To: Bill Burton <wiburton1@gmail.com>, Forrest Garvin <fgarvin@gmail.com>
Cc: leightondean@gmail.com

Before I spend time doing this, we need to work out the following things:

1.) Who is doing DTC or do you want me to find someone?

2.) COnfirmation that the net will be $212,500 to the seller.

3.) Escrow is in the US with either a US Attorney or Escrow Agent.

I have copied one of the shareholders who is one of the shot callers. You are welcome to include him in this conversation.

Jillian
[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>   Wed, Dec 4, 2013 at 11:41 AM

9/3/2018                                    Law Office of Jillian Sidoti Mail - BKIT

000766
Jillian Sidoti
Case B-03147

To: Jillian Sidoti <jillian@jilliansidoti.com>

Do YOU want to be escrow agent?

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 04, 2013 12:32 PM
**To:** Bill Burton; Forrest Garvin
**Cc:** leightondean@gmail.com
**Subject:** Re: BKIT

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>                                    Wed, Dec 4, 2013 at 11:43 AM
To: Jillian Sidoti <jillian@jilliansidoti.com>

How much is the T/A owed now?

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 04, 2013 12:32 PM
**To:** Bill Burton; Forrest Garvin
**Cc:** leightondean@gmail.com
**Subject:** Re: BKIT

Before I spend time doing this, we need to work out the following things:

[Quoted text hidden]
[Quoted text hidden]

---

**Leighton Dean** <leightondean@gmail.com>                                Wed, Dec 4, 2013 at 12:19 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>
Cc: William Burton <wiburton1@gmail.com>

Hi Jillian

the buyer is hoping to have these docs from you today if possible. Would you be able to handle the Escrow? They were hoping to wire into you directly.

Also, regarding DTC will you be able to assist as they want the company DTC ready prior to close. Do you have a group that can assist and would it be part of the $212k

Thank you in advance.

Leighton
[Quoted text hidden]

---

**Leighton Dean** <leightondean@gmail.com>                                Mon, Dec 9, 2013 at 11:26 AM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Jillian

Please see questions below. Once answered they will wire funds into escrow. The 275k is what I quoted as there are a few commissions for me to pay out including the buy side. 1k for legal 500 for escrow and 10k for dtc.

I know you are under the weather but if you are able to get to it today it would be greatly appreciated.

Thank you
Leighton

---------- Forwarded message ----------
From: "Mitchell Johnson" <mj@debondo.com>
Date: Dec 9, 2013 11:11 AM
Subject: BKIT
To: "Leighton Dean" <leightondean@gmail.com>
Cc:

Hi Leighton,

In general Scott was happy with the conversation with Jillian we just want a few things cleared up:

- Previously the Escrow said that there will be a separate DTC agreement, we want this to be integral to the main agreement and make it clear that the costs of DTC are on the seller and achieving DTC eligibility is a closing condition.

- Copies of the SPAs to be used in the transaction for review.

- We also want it clear in the agreement that all legal work for the transaction is included within the $275k (including but not limited to name change, ticker change, forward split, 8Ks and other filing etc. Achieving the transaction with the deal in the new structure will also be an escrow release condition.

- Include within the agreement that the Aug 31, 10k and Nov 30, 10Q will be filed by the seller and all costs related to these filings will be settled in full by the seller. Filing both will be will also be an escrow release condition.

- Confirmation that all debt will be cleared at close.

- Legal opinion from Jillian confirming that the method used to transfer the affiliate stock to the new holders does indeed result in fully free tradable stock.

Best regards,

Mitchell Johnson

*STATEMENT OF CONFIDENTIALITY: This e-mail message is intended only for the named recipient(s) above. It may contain confidential information. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Debondo Capital Limited does not accept liability for changes made to this email or its attachments. Use of any content within this email is for the recipient only and cannot be forwarded to any third parties without the full acceptance from Debondo Capital Limited.*

**Jillian Sidoti** <jillian@jilliansidoti.com>                                                                    Mon, Dec 9, 2013 at 11:34 AM
To: Leighton Dean <leightondean@gmail.com>

See below. Thanks for your patience.

On Mon, Dec 9, 2013 at 11:26 AM, Leighton Dean <leightondean@gmail.com> wrote:

9/3/2018 — Law Office of Jillian Sidoti Mail - BKIT

000768
Jillian Sidoti
Case B-03147

Jillian

Please see questions below. Once answered they will wire funds into escrow. The 275k is what I quoted as there are a few commissions for me to pay out including the buy side. 1k for legal 500 for escrow and 10k for dtc.

I know you are under the weather but if you are able to get to it today it would be greatly appreciated.

Thank you
Leighton

---------- Forwarded message ----------
From: "Mitchell Johnson" <mj@debondo.com>
Date: Dec 9, 2013 11:11 AM
Subject: BKIT
To: "Leighton Dean" <leightondean@gmail.com>
Cc:

Hi Leighton,

In general Scott was happy with the conversation with Jillian we just want a few things cleared up:

- Previously the Escrow said that there will be a separate DTC agreement, we want this to be integral to the main agreement and make it clear that the costs of DTC are on the seller and achieving DTC eligibility is a closing condition.

I just want to make sure that the price is $275,500 and that I will be covering it from that.

- Copies of the SPAs to be used in the transaction for review.

I will get this together

- We also want it clear in the agreement that all legal work for the transaction is included within the $275k (including but not limited to name change, ticker change, forward split, 8Ks and other filing etc. Achieving the transaction with the deal in the new structure will also be an escrow release condition.

Yes. Now, the 8-k's will come AFTER the close as will name change, ticker symbol. However, I can prepare the paperwork for approval ahead of time so that you can the work is done and all that needs to happen is filing.

- Include within the agreement that the Aug 31, 10k and Nov 30, 10Q will be filed by the seller and all costs related to these filings will be settled in full by the seller. Filing both will be will also be an escrow release condition.

The 10k is already being prepared. We will assist with the 10q, but I can't say we will pay for the auditor on this. I can get a quote from the auditor on how much the review would cost. it is Bongiovanni and Associates. They are very, very reasonable and easy to work with.

- Confirmation that all debt will be cleared at close.

There is no debt - except me. No problem.

- Legal opinion from Jillian confirming that the method used to transfer the affiliate stock to the new holders does indeed result in fully free tradable stock.

I can provide this HOWEVER - it depends on how you transfer it. So keep that in mind. You would have to make sure it gets divided up amongst many shareholders (so no one is holding more than 10% of the outstanding shares) and it is transferred to non-insiders (no officers, directors, etc.) These shares were registered on an S-1 registration statement.

Best regards,

Mitchell Johnson

*STATEMENT OF CONFIDENTIALITY: This e-mail message is intended only for the named recipient(s) above. It may contain confidential information. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Debondo Capital Limited does not accept liability for changes made to this email or its attachments. Use of any content within this email is for the recipient only and cannot be forwarded to any third parties without the full acceptance from Debondo Capital Limited.*

---

**Jillian Sidoti** <jillian@jilliansidoti.com>                                     Mon, Dec 9, 2013 at 12:43 PM
To: Leighton Dean <leightondean@gmail.com>, Dave Utley <du@jilliansidoti.com>

Please send cta info to Leighton.  Thanks!

[Quoted text hidden]

---

**Leighton Dean** <leightondean@gmail.com>                                          Mon, Dec 9, 2013 at 1:36 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Jillian

   Please see comments below.  Can you respond and let him know that the extra 500 for escrow is fine and that the seller will absorb that?  also I am not sure what to say about the DTC issue.  Let me know your thoughts.

thank you

---------- Forwarded message ----------
From: **Mitchell Johnson** <mj@debondo.com>
Date: Mon, Dec 9, 2013 at 1:22 PM
Subject: RE: BKIT
To: Leighton Dean <leightondean@gmail.com>

Hi Leighton -- my further responses below in red.

Best regards,

Mitchell Johnson

STATEMENT OF CONFIDENTIALITY: This e-mail message is intended only for the named recipient(s) above. It may contain confidential information. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Debondo Capital Limited does not accept liability for changes made to this email or its attachments. Use of any content within this email is for the recipient only and cannot be forwarded to any third parties without the full acceptance from Debondo Capital Limited.

---------- Forwarded message ----------
From: "Mitchell Johnson" <mj@debondo.com>
Date: Dec 9, 2013 11:11 AM

Subject: BKIT
To: "Leighton Dean" <leightondean@gmail.com>
Cc:

Hi Leighton,

In general Scott was happy with the conversation with Jillian we just want a few things cleared up:

- Previously the Escrow said that there will be a separate DTC agreement, we want this to be integral to the main agreement and make it clear that the costs of DTC are on the seller and achieving DTC eligibility is a closing condition.

I just want to make sure that the price is $275,500 and that I will be covering it from that. The buyer has been told $275k and it may cause some annoyance that there is an extra $500 for escrow, this is a normal element of selling any shell and should be covered by the sellers. In addition to that the cost of DTC cannot be paid from the Escrow. The deal is that the sellers deliver the shell and they deliver DTC eligibility. In the event DTC is not achieved the full $275k is repayable therefore the seller must cover these costs in the interim period that the DTC application is in process (they will of course recoup the cost on approval of DTC as that is the release trigger for the escrow).

- Copies of the SPAs to be used in the transaction for review.

I will get this together Thank you

- We also want it clear in the agreement that all legal work for the transaction is included within the $275k (including but not limited to name change, ticker change, forward split, 8Ks and other filing etc. Achieving the transaction with the deal in the new structure will also be an escrow release condition.

Yes. Now, the 8-k's will come AFTER the close as will name change, ticker symbol. However, I can prepare the paperwork for approval ahead of time so that you can the work is done and all that needs to happen is filing. It's not necessary to prepare everything in advance as that may cause delay; the buyer just requires a written statement that all legal work that will be required to complete the transaction will be included in the purchase price with no additional fees.

- Include within the agreement that the Aug 31, 10k and Nov 30, 10Q will be filed by the seller and all costs related to these filings will be settled in full by the seller. Filing both will be will also be an escrow release condition.

The 10k is already being prepared. We will assist with the 10q, but I can't say we will pay for the auditor on this. I can get a quote from the auditor on how much the review would cost. it is Bongiovanni and Associates. They are very, very reasonable and easy to work with. The 10Q period was Nov 30 and this is now closed, therefore the financials and the audit review should be completed at the cost of the seller. The only additional to the 10Q will be the subsequent events which would be of nominal cost. Please confirm these costs will be paid by the seller as the buyer will not pay the audit costs for a past period.

- Confirmation that all debt will be cleared at close.

There is no debt - except me. No problem. Thank you.

- Legal opinion from Jillian confirming that the method used to transfer the affiliate stock to the new holders does indeed result in fully free tradable stock.

I can provide this HOWEVER - it depends on how you transfer it. So keep that in mind. You would have to make sure it gets divided up amongst many shareholders (so no one is holding more than 10% of the outstanding shares) and it is transferred to non-insiders (no officers, directors, etc.) These shares were registered on an S-1 registration statement. There will be a number of receiving shareholders and each will hold less than 5% and be non-affiliate. Please do provide the legal opinion and in that explain the process.

Best regards,

000771
Jillian Sidoti
Case B-03147

Mitchell Johnson

STATEMENT OF CONFIDENTIALITY: This e-mail message is intended only for the named recipient(s) above. It may contain confidential information. If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Debondo Capital Limited does not accept liability for changes made to this email or its attachments. Use of any content within this email is for the recipient only and cannot be forwarded to any third parties without the full acceptance from Debondo Capital Limited.

---

**Jillian Sidoti** <jillian@jilliansidoti.com>          Mon, Dec 9, 2013 at 1:43 PM
To: Leighton Dean <leightondean@gmail.com>

We can scratch the $500 all together. Let me get back on nov. 30

[Quoted text hidden]

---

**Jillian Sidoti** <jillian@jilliansidoti.com>          Mon, Dec 9, 2013 at 1:44 PM
To: Forrest Garvin <fgarvin@gmail.com>

Please read below. I would need to reserve funds for bongiovanni. Is this ok?

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>          Wed, Dec 18, 2013 at 1:44 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Any updates on THEE and BKIT? Someone was asking if either one was still available...

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 04, 2013 12:32 PM
**To:** Bill Burton; Forrest Garvin
**Cc:** leightondean@gmail.com
**Subject:** Re: BKIT

Before I spend time doing this, we need to work out the following things:

[Quoted text hidden]
[Quoted text hidden]

---

**Jillian Sidoti** <jillian@jilliansidoti.com>          Wed, Dec 18, 2013 at 1:45 PM
To: Bill Burton <wiburton1@gmail.com>

Neither is. Thee is almost done and bkit is about 2 weeks out.

[Quoted text hidden]

SEC-TROWBRIDGE-E-0003242

**Bill Burton** <wiburton1@gmail.com>  Wed, Dec 18, 2013 at 1:50 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

OK, LMK if either falls apart, or if anything new becomes available. Still active a week before Christmas....

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 18, 2013 2:46 PM
**To:** Bill Burton
**Subject:** RE: BKIT

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>  Wed, Dec 18, 2013 at 1:54 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

BKIT was John Thomas' buyer?

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 18, 2013 2:46 PM
**To:** Bill Burton
**Subject:** RE: BKIT

[Quoted text hidden]

---

**Jillian Sidoti** <jillian@jilliansidoti.com>  Wed, Dec 18, 2013 at 1:58 PM
To: Bill Burton <wiburton1@gmail.com>

I don't think so. You're getting compensated though. I spoke to one of the buyers agents about it yesterday.

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>  Wed, Dec 18, 2013 at 2:00 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Well, thank you. Let me know.

Let me know when you have more inventory as well.

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 18, 2013 2:59 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jillian Sidoti** <jillian@jilliansidoti.com>  Wed, Dec 18, 2013 at 6:24 PM
To: Forrest Garvin <fgarvin@gmail.com>

Call me tomorrow please

---------- Forwarded message ----------
From: "Bill Burton" <wiburton1@gmail.com>
Date: Dec 18, 2013 2:00 PM
Subject: RE: BKIT

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>   Thu, Dec 19, 2013 at 2:31 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Are you in the office today?

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 18, 2013 2:46 PM
**To:** Bill Burton
**Subject:** RE: BKIT

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>   Mon, Dec 23, 2013 at 12:44 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Any BKIT updates?

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 18, 2013 2:59 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>   Thu, Dec 26, 2013 at 12:45 PM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Hope you had a great Christmas!

Please let me know if there are any updates. -Bill

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Wednesday, December 18, 2013 2:59 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jillian Sidoti** <jillian@jilliansidoti.com>   Thu, Dec 26, 2013 at 3:12 PM
To: Bill Burton <wiburton1@gmail.com>

Everything is moving along!

SEC-TROWBRIDGE-E-0003244

9/3/2018                                    Law Office of Jillian Sidoti Mail - BKIT                           000774
                                                                                                               Jillian Sidoti
                                                                                                               Case B-03147

[Quoted text hidden]

---

**Bill Burton** <wiburton1@gmail.com>                                                Fri, Dec 27, 2013 at 11:03 AM
To: Jillian Sidoti <jillian@jilliansidoti.com>

Let me know if you have anymore BBs. Need 1 more

**From:** Jillian Sidoti [mailto:jillian@jilliansidoti.com]
**Sent:** Thursday, December 26, 2013 4:13 PM

[Quoted text hidden]

[Quoted text hidden]

SEC-TROWBRIDGE-E-0003245