KATHLEEN SHIELDS (Mass. Bar No. 637438)
Email: ShieldsKa@sec.gov
ERIC FORNI (Mass. Bar No. 669685)
Email: ForniE@sec.gov
ALEXANDRA LAVIN (Mass. Bar No. 687785)
Email: LavinAl@sec.gov
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8827 (Forni Direct)
(617) 573-8904 (Shields Direct)
(617) 573-8951 (Lavin Direct)
Facsimile: (617) 573-4590

Local Counsel
AMY LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
Securities and Exchange Commission
444 S. Flower St., Suite 900
Los Angeles, CA  90071
(323) 965-3835 (Longo Direct)
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JILLIAN SIDOTI<br><br>Defendant. | Case No.  5:20-cv-02178-MEMF-SP<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Purusant to the Court's Reassignment Order (Doc. 51), Plaintiff Securities and Exchange Commission ("SEC") and defendant Jillian Sidoti ("Ms. Sidoti") hereby

submit this Joint Case Management Statement:

1. The SEC filed its Complaint in this action (Doc. 1) on October 19, 2020 and filed its Amended Complaint on May 26, 2021.

2. The parties to this matter include Plaintiff SEC and Defendant Sidoti.

3. The SEC alleges that Ms. Sidoti violated the antifraud provisions of Sections 17(a)(1) and 17(a)(3) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77q(a), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5, and further violated the registration provisions of Sections 5(a) and 5(c) of the Securities Act, 15 U.S.C. §§ 77e(a) and 77e(c).

4. The SEC alleges that Ms. Sidoti, beginning in 2012 and ending in November 2015, participated as counsel with "Individuals A and B" by shepherding a public shell company from inception to public trading in a manner that the SEC contends violated various provisions of the securities laws.

5. Ms. Sidoti answered the amended complaint (Doc. 41). In her answer, Ms. Sidoti: denied material allegations of the complaint; alleged affirmative defenses; and, denied the alleged violations of the securities laws.

6. The parties have filed the the Consent of Defendant Jillian Sidoti ("Sidoti Consent") (Doc. 49), in which Ms. Sidoti consents to entry of a final judgment as set forth in that document.

7. The parties have exchanged initial disclosures, but in light of the parties' settlement negotiations and the Sidoti Consent, they have not engaged in further discovery to date. The current discovery cut-off is November 21, 2022.

8. Sidoti filed a motion to dismiss (Doc. 18) on December 17, 2020, which the Court denied by order dated March 19, 2021 (Doc. 35). On February 3, 2022, the parties filed the Sidoti Consent and the Proposed Final Judgment as to Defendant Sidoti ("Proposed Judgment") (Doc. 49-1), which is pending.

9. The current deadlines include: dispositive motion hearing cut-off of

February 6, 2023; last day to conduct settlement conference is December 19, 2022; final pretrial conference is March 20, 2023; jury trial beginning on April 4, 2023 and lasting 5 days.

10. Given the pending Proposed Judgment, the parties do not currently seek to modify any of these deadlines.

11. The parties do not consent to a magistrate judge for trial.

12. There is no immediate need for a case management conference.

Dated:  February 28, 2022

*/s/ Alexandra Lavin*
KATHLEEN SHIELDS, ESQ.
ERIC FORNI, ESQ.
ALEXANDRA LAVIN, ESQ.
Attorneys for Plaintiff
Securities & Exchange Commission

*/s/ Robert Ericson*
ROBERT ERICSON, ESQ.
Attorney for Defendant Jillian Sidoti

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
33 Arch Street, 24th Floor, Boston, Massachusetts 02110
Telephone No.  (617) 573-8904; Facsimile No.  (617) 573-4590.

On February 28, 2022, I caused to be served the document entitled **JOINT MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT AS TO DEFENDANT SIDOTI** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 28, 2022            */s/ Alexandra Lavin*
                                                       Alexandra Lavin, Esq.

1

*SEC v. Sidoti*
**United States District Court—Central District of California**
Case No. 5:20-cv-02178-JGB-SP

### SERVICE LIST

| | |
|---|---|
| Robert Ericson, Esq.<br>Albert & Will, LLP<br>2601 Airport Drive, Suite 345<br>Torrance, CA 90505<br>Telephone: (310) 257-9363<br>Facsimile: (310) 257-9360<br>Email:  rericson@awllp.com | *Attorney for Defendant*<br>*Jillian Sidoti* |